**Exhibit A to the Complaint**

**Location:** Bethel, CT

**Total Works Infringed:** 35

**IP Address:** 32.219.219.119

**ISP:** Frontier Communications

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 1 | 24A89BB68241CC14F2DEAB6EB7F461A881D73DE9 | 04/06/2025 03:57:20 | Blacked | 01/13/2025 | 01/15/2025 | PA0002509290 |
| 2 | E18C0C141E43C5E5D30C23A51286942E45F6451C | 04/06/2025 03:53:10 | Vixen | 04/04/2025 | 04/23/2025 | PA0002527321 |
| 3 | F01AB9460DC3E9F4A116DFB76A00F088AA5AD36A | 04/03/2025 04:01:56 | Blacked | 09/02/2019 | 09/13/2019 | PA0002200702 |
| 4 | 4D4B9D0DFAB2937F91476A0F53B8F9CBEB679FF3 | 03/30/2025 05:18:52 | Vixen | 05/24/2024 | 06/18/2024 | PA0002476933 |
| 5 | 1BF83C97CB3A62427A131FAFDE2E6BC7D3FEBA75 | 03/30/2025 05:16:40 | Blacked | 08/31/2024 | 09/17/2024 | PA0002490361 |
| 6 | e6684b688eb24d22565d5cd5a432d5203f0f6169 | 03/30/2025 05:08:13 | Vixen | 08/30/2024 | 09/18/2024 | PA0002490438 |
| 7 | 627CE1948DAEB34D0393CAA2034AA51063BCCBF6 | 03/16/2025 03:35:36 | Vixen | 03/14/2025 | 03/28/2025 | PA0002522510 |
| 8 | 5664F791633ED6AEF1A2A924F4376F7DCFB877DA | 03/10/2025 18:16:03 | Vixen | 03/07/2025 | 03/28/2025 | PA0002522463 |
| 9 | f3e73fbe6297087d7b1207b8639152bfaa386956 | 03/06/2025 04:56:32 | Tushy | 03/02/2025 | 03/28/2025 | PA0002522493 |
| 10 | D30413D2B989C1EFFC733CE46FE5B4E1164A8858 | 03/05/2025 04:25:07 | Vixen | 02/28/2025 | 03/28/2025 | PA0002522464 |
| 11 | 974637f9b65fed0760a872e3bd65bd730b7d7ebf | 02/25/2025 17:22:11 | Slayed | 05/14/2024 | 06/20/2024 | PA0002477020 |
| 12 | cec678332c111a9549644d39c73e3bd2c7ccf020 | 02/25/2025 17:04:28 | Blacked | 02/22/2025 | 03/25/2025 | PA0002521832 |
| 13 | df1ebd5130e28de17f063332a7dcd45fea5dc90e | 02/19/2025 05:21:58 | Slayed | 02/18/2025 | 03/07/2025 | PA0002525415 |
| 14 | BD86B28BD1335BB8C7CECD013EF1693022A4A312 | 02/16/2025 04:39:44 | Vixen | 03/15/2024 | 04/12/2024 | PA0002465377 |
| 15 | 83A36D2B88CDB302101E4924D798C61D6CDF0BAE | 02/12/2025 06:24:05 | Blacked Raw | 02/10/2025 | 02/18/2025 | PA0002516027 |
| 16 | DF51483DFC068F09908A6B1DD6A9A9D1DE160C45 | 02/10/2025 05:44:03 | Tushy | 02/09/2025 | 02/18/2025 | PA0002515855 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 17 | 25B3C198A0FB8C28E405086967909F4BF5DA79C4 | 02/10/2025 05:24:50 | Vixen | 02/07/2025 | 02/18/2025 | PA0002515982 |
| 18 | 72e45383c738e883caacf5b1e70427d3ff71d7fd | 02/06/2025 04:22:09 | Slayed | 02/04/2025 | 03/07/2025 | PA0002525414 |
| 19 | 4b0e12ebd857fbb29f1019ed68d5b98e1b7be223 | 02/06/2025 04:18:30 | Slayed | 10/29/2024 | 12/13/2024 | PA0002513600 |
| 20 | F9C7BEBA511B047E76D63252CF0F842FB42B7EFD | 02/06/2025 04:10:20 | Vixen | 06/10/2022 | 06/27/2022 | PA0002354995 |
| 21 | abb073b5e4ce7df6a8b4f45f0289e64a0e599682 | 02/03/2025 05:03:19 | Slayed | 06/25/2024 | 09/05/2024 | PA0002491134 |
| 22 | D30E699F8A48489881535E4EDD415F3C87FC3734 | 02/03/2025 04:58:59 | Tushy | 01/19/2025 | 02/18/2025 | PA0002515947 |
| 23 | 3FBE4B0E62CC90B1A3978F4CFBCA74C7DA0DE314 | 02/01/2025 03:23:08 | Vixen | 01/31/2025 | 02/18/2025 | PA0002515961 |
| 24 | 4D63C17880FB8675361F8432276CF1A55ABD49D7 | 01/15/2025 05:09:25 | Vixen | 09/06/2024 | 09/18/2024 | PA0002490437 |
| 25 | C91BED8A3499AA68D4CBB97E9B3880E79BC4134E | 01/13/2025 03:51:00 | Tushy | 01/12/2025 | 01/16/2025 | PA0002509628 |
| 26 | f6417a0d6a15a94a4ddd330df7abd1904b6e3b2d | 01/11/2025 04:17:57 | Milfy | 06/21/2023 | 08/22/2023 | PA0002431065 |
| 27 | F2F48537BF603A503D9D52F44C73DE8C99515F06 | 01/11/2025 03:57:00 | Vixen | 01/10/2025 | 01/16/2025 | PA0002509625 |
| 28 | B3E565731C57A8E0A6A324C0B1081266E90BDA4D | 12/22/2024 04:36:57 | Vixen | 12/20/2024 | 01/16/2025 | PA0002509655 |
| 29 | D783A3B76D133ED122B0AD0B0FD995E5F789CBE5 | 11/22/2024 16:51:17 | Blacked | 11/14/2024 | 12/13/2024 | PA0002506271 |
| 30 | 3f005a05f5f5c3ea51fbc500ae72b556d37678bc | 11/14/2024 04:41:20 | Blacked | 11/09/2024 | 11/18/2024 | PA0002501017 |
| 31 | 3eb8a1ebcc3da9c21d4c0b54a0fd25f0871c7cfd | 10/26/2024 05:45:42 | Tushy | 09/15/2024 | 10/16/2024 | PA0002494784 |
| 32 | 251e98fddbf487c34df4a4378903df0134382a03 | 10/14/2024 02:36:48 | Blacked | 08/19/2023 | 09/18/2023 | PA0002430893 |
| 33 | a13afd7659ded3140d3ff03cdcd205dcd36ed0db | 09/18/2024 05:23:05 | Blacked | 03/10/2020 | 04/15/2020 | PA0002246103 |
| 34 | C4ABE6EC97D507A35DAD67E9827F9710B83B5F44 | 09/18/2024 00:00:04 | Tushy | 09/08/2024 | 09/18/2024 | PA0002490458 |

| Work | Info Hash | UTC | Site | Published | Registered | Registration |
|------|-----------|-----|------|-----------|------------|--------------|
| 35 | 004d2daa28040095ee8e539d93e4faf7391c94fe | 09/14/2024 19:28:36 | Blacked Raw | 10/30/2023 | 12/05/2023 | PA0002443584 |